UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury B-16-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:17cr125(JBA) |
| v. | |
| ROBERT BOWENS | VIOLATION: |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Unlawful Possession of a Firearm by a Convicted Felon) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Unlawful Possession of a Firearm by a Convicted Felon)

1. On or about April 22, 2017, in the District of Connecticut, the defendant ROBERT BOWENS, having been previously convicted in the United States District Court for the District of Connecticut of a crime punishable by imprisonment for a term exceeding one year, that is, Illegal Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), on or about January 22, 2009, and having been previously convicted in the Superior Court of the State of Connecticut of crimes punishable by imprisonment for a term exceeding one year, that is: (1) Forgery First Degree, in violation of Connecticut General Statutes § 53a-138, on or about August 20, 2003; (2) Criminal Possession of a Weapon, in violation of Connecticut General Statutes § 53a-217, on or about May 25, 2007; and (3) Possession with Intent to Sell, in violation of Connecticut General Statutes § 21-277(b), on or about May 7, 2015, did knowingly possess a firearm in and affecting commerce, namely, one Bryco 9mm Jennings

Nine handgun, bearing serial number 1558223, which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
(Firearms Offense)

2. Upon conviction of the firearms offense alleged in Count One of this Indictment, the defendant ROBERT BOWENS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of the offense, including but not limited to the following: one Bryco 9mm Jennings Nine handgun, bearing serial number 1558223, thirty (30) rounds of 9mm ammunition, and a pink Vyperteck electronic defense weapon, all of which were seized from the defendant on or about April 22, 2017.

All in accordance with Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____
JACABED RODRIGUEZ-COSS
ASSISTANT UNITED STATES ATTORNEY